UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN FLEMING and LISA FLEMING, Plaintiffs, | : | |
| v. | : | No. 5:26-cv-2533 |
| SAFECO INSURANCE, *A LIBERTY MUTUAL COMPANY*,[1] Defendant. | : | |

## **O R D E R**

**AND NOW**, this 17th day of August, 2026, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED:**

1. The partial Motion to Dismiss, ECF No. 12, is **GRANTED**.

2. Count II (bad faith), only, of the Amended Complaint, ECF No. 11, is **DISMISSED without prejudice**.

3. **On or before August 31, 2026,** Plaintiffs may file a second amended complaint in accordance with the Opinion issued this date. If Plaintiffs fail to timely file a second amended complaint, this case will proceed as to Count I only and Count II will be dismissed with prejudice.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

[1] The Complaint named Safeco Insurance, a Liberty Mutual Company, as the Defendant, which was corrected in the Amended Complaint to American States Insurance Company. However, the Clerk of Court failed to correct the name of the Defendant on the docket when the Amended Complaint was filed.